JANUARY 17, 1995

No. 94–960. SYNBIOTICS CORP. *v.* IDEXX LÁBORATORIES, INC., ET AL. C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 93–1805. MIMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tome* v. *United States, ante,* p. 150.

No. 94–564. UNITED STATES *v.* RUDDELL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *X-Citement Video, Inc., ante,* p. 64.

No. 94–6261. TOMLIN *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tome* v. *United States, ante,* p. 150.

No. 94–7612. POLLARD *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari dismissed. The stay of execution of sentence of death is reinstated. This stay shall remain in effect pending the District Court's consideration of petitioner's petition for writ of habeas corpus.

No. ——————. SIGLER *v.* TWYFORD ET AL. Motion for leave to file motion for reconsideration of order denying leave to file petition for writ of certiorari out of time [*ante,* p. 923] denied.

No. ——————. SUMMERFIELD *v.* HOLCOMB ET AL.; and
No. ——————. R & R MECHANICAL, INC. *v.* ST. PAUL FIRE & MARINE INSURANCE CO. ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.